# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| COMPREHENSIVE HEALTH CARE SYSTEMS OF THE PALM BEACHES, INC., on behalf of itself and all others similarly situated, | ) ) ) ) CASE NO. 5:16-CV-02183 ) |
| Plaintiff, | ) JUDGE JOHN R. ADAMS ) ) MAGISTRATE JUDGE KATHLEEN B. |
| v. | ) BURKE ) |
| VITAMINERALS VM/ORTHOPEDICS, LTD. et al., | ) ) **MOTION FOR ADMISSION** ) ***PRO HAC VICE*** **OF KIMBERLY M. WATT** |
| Defendants. | ) ) |

Pursuant to Local Rule 83.5(h), Plaintiff, Comprehensive Health Care Systems of the Palm Beaches, Inc. ("Plaintiff"), by and through counsel, hereby moves this Honorable Court to admit Kimberly M. Watt *pro hac vice* to the United States District Court, Northern District of Ohio, for the purpose of prosecuting the above-captioned case. Ms. Watt's contact information is as follows:

Kimberly M. Watt
Bock, Hatch, Lewis & Oppenheim, LLC
134 N. La Salle St. Ste 1000
Chicago, IL 60602
Telephone: 312-658-5500
Fax: 312-658-5555
Email: Kimberly@classlawyers.com

Attached hereto and incorporated herein as if fully rewritten are the Verified Statement and Oath of Kimberly M. Watt.

WHEREFORE, Kimberly M. Watt is an attorney in good standing of good and sufficient experience to conduct herelf with acumen in the United States District Court for the Northern District of Ohio and Plaintiff hereby moves for the admission of Kimberly M. Watt *pro hac vice*.

/s/ Scott D. Simpkins
John R. Climaco (0011456)
Scott D. Simpkins (0066775)
**CLIMACO WILCOX PECA TARANTINO & GAROFOLI CO., LPA**
55 Public Square, Suite 1950
Cleveland, OH 44113
Telephone: (216) 621-8484
Facsimile: (216) 771-1632
jrclim@climacolaw.com
sdsimp@climacolaw.com

*Local Counsel for Proposed Lead Plaintiff, Comprehensive Health Care Systems of the Palm Beaches, Inc.*

## CERTIFICATE OF SERVICE

A copy of the foregoing was filed electronically this 7th day of September, 2016. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Scott D. Simpkins
One of the Attorneys for Plaintiff