IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| COMPREHENSIVE HEALTH CARE SYSTEMS OF THE PALM BEACHES, INC., a Florida Corporation, individually and as the representative of a class of similarly-situated persons,<br><br>        Plaintiffs,<br><br>  v.<br><br>VITAMINERALS VM/ORTHOPEDICS, LTD.,<br><br>        Defendants. | CLASS ACTION<br><br>No. 16-CV-2183<br><br>Judge John R. Adams<br><br>Magistrate Judge Kathleen B. Burke |

## PARTIES' STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, Comprehensive Health Care Systems of the Palm Beaches, Inc. ("Plaintiff"), and Defendant Vitaminerals VM/Orthopedics, Ltd. ("Defendant"), by undersigned counsel, pursuant to Fed. R. Civ. P. 41(a)(1)(ii), hereby stipulate to dismissal of the above matter in its entirety and further state:

    1.    On March 31, 2017, Plaintiff's and Defendant's counsel participated in a telephone conference with the Court and informed the Court that they had agreed to settle the case.  Doc. 64.

    2.    On the same day, the Court ordered counsel to file their stipulated notice of dismissal by May 1, 2017. Doc. 64.

    3.    On May 3, 2017, Plaintiff moved to extend the time to file the stipulated notice of dismissal to May 31, 2017 in order to finalize the parties'

settlement agreement. Doc. 65. The Court granted Plaintiff's motion on May 8, 2017, extending the time to file the parties' stipulation of dismissal to May 31, 2017. (No Doc. # provided).

4. The parties have agreed to settle the matter individually in accordance with a now finalized settlement agreement.

WHEREFORE, pursuant to Fed. R. Civ. P. 41(A)(1)(ii), Plaintiff and Defendant, through undersigned counsel, hereby stipulate to dismissal of this action in its entirety, *with prejudice*.

Dated:  May 31, 2017                                    Respectfully submitted,

/s/ David M. Oppenheim                                  /s/ Alfred E. Schrader

Phillip A. Bock                                         Alfred E. Schrader
David M. Oppenheim                                      Alfred E. Schrader, LLC
Bock, Hatch, Lewis & Oppenheim, LLC                     441 Wolf Ledges Parkway
134 N. LaSalle St., Suite 1000                          Suite 400
Chicago, IL 60602                                       Akron, OH 44311-1054
Tel:  (312) 658-5500                                    Tel:  (330) 762-0765
Fax: (312) 658-5555                                     Fax: (330) 762-2255

*Attorneys for Plaintiff Comprehensive*                 *Attorney for Defendant Vitaminerals*
*Health Care Systems of the Palm*                       *VM/Orthopedics, Ltd.*
*Beaches, Inc.*

<u>**CERTIFICATE OF SERVICE**</u>

  I hereby certify that on May 31, 2017 I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, upon which filing all parties of record were served.

                <u>/s/ David M. Oppenheim</u>